UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAO HO LIN and LEE MO LIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-11-301-JHP |
| ) | |
| CHI CHU WU, ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT

Pursuant to the Defendant's Motion for Summary Judgment which was granted the 8th day of January, 2013, the Court enters judgment for defendant, and against the plaintiffs.

**IT IS SO ORDERED** this 8th day of January, 2013.

*/s/ James H. Payne*
James H. Payne
United States District Judge
Eastern District of Oklahoma