UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHAO HO LIN and LEE MO LIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-11-301-JHP |
| | ) | |
| CHI CHU WU, | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

Pursuant to the Defendant's Motion for Summary Judgment which was granted the 8th day of January, 2013, the Court enters judgment for defendant, and against the plaintiffs.

**IT IS SO ORDERED** this 8th day of January, 2013.

*[signature]*
James H. Payne
United States District Judge
Eastern District of Oklahoma